**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VU KHOA NUGYEN, | No. ED CV 26-2093-ODW(E) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| D. MARIN, ETC., ET AL., | CONCLUSIONS AND RECOMMENDATIONS |
| Respondents. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that:  (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part, and:  (a) ordering Respondents to release Petitioner (A# 71-429-310) from detention immediately, subject to the conditions of his previous supervision; and (b) enjoining Respondents from re-detaining Petitioner absent compliance with constitutional protections, including an explanation of the reasons for re-detention and an opportunity to be heard before an Immigration Judge in

opposition thereto.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 30, 2026.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE