JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VU KHOA NGUYEN,<br><br>      Petitioner,<br><br>   v.<br><br>D. MARIN, ETC., ET AL.,<br><br>      Respondents. | No. ED CV 26-2093-ODW(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part and:  (a) Respondents are ordered to release Petitioner (A# 71-429-310) from detention immediately, subject to the conditions of his previous supervision; and (b) Respondents are enjoined from re-detaining Petitioner absent compliance with constitutional protections, including an explanation of the reasons for re-detention and an opportunity to be heard before an Immigration Judge in opposition thereto.

DATED: June 30, 2026.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE